**FILED**

12/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0722



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0722

ALEXANDRA LONG,

     Petitioner and Appellee,

     v.

JOSE BATISTA,

     Respondent and Appellant.

ORDER OF MEDIATOR APPOINTMENT

     IT IS ORDERED THAT **Kyle D. Cunningham,** is hereby appointed to conduct the mediation process required, and

     IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

     A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

     DATED this December 30, 2024.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:     P. Mars Scott, Evonne Smith Wells, Kyle D. Cunningham